UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VIOLA BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:18-CV-0066-G (BH) |
| OCWEN LOAN SERVICING, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Ocwen Loan Servicing, LLC's motion to dismiss original petition and brief in support, filed January 17, 2018 (docket entry 4) is **GRANTED**. By separate judgment, all of the plaintiff's claims will be **DISMISSED** with prejudice.

**SO ORDERED**.

July 25, 2018.

A. JOE FISH
**Senior United States District Judge**